```
PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America
```



FILED
Jun 15, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-cr-00121 ADA-BAM |
|---|---|
| Plaintiff, | MOTION AND ORDER TO SEAL INDICTMENT |
| v. | |
| DANIEL SOSSAMON, | |
| Defendant. | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on June 15, 2023, charging the above defendant with a violations of 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm; 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Methamphetamine and Fentanyl; 21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail,

///

///

///

Motion to Seal Indictment    1

that no person shall disclose the finding of the Indictment or any warrant issued pursuant thereto, except when necessary for the issuance and execution of the warrant.

DATED: June 15, 2023                Respectfully submitted,

                                        PHILLIP A. TALBERT
                                        United States Attorney

                       By      /s/ Stephanie M. Stokman
                                        STEPHANIE M. STOKMAN
                                        Assistant U.S. Attorney

    IT IS SO ORDERED.

Dated:  June 15, 2023                    _____
                                          BARBARA A. MCAULIFFE
                                          U.S. Magistrate Judge