1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  CHRISTINA M. CORCORAN, CA Bar #344683
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   DANIEL SOSSAMON

7

8                  IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          CASE NO. 1:23-CR-00121-NODJ-BAM

12              Plaintiff,
                                       STIPULATION AND ORDER TO VACATE STATUS
13        v.                           CONFERENCE AND SET CHANGE OF PLEA
                                       HEARING
14 DANIEL SOSSAMON,

15              Defendants.

16

                            **BACKGROUND**
17

18     This matter is currently scheduled for a status conference on September 11, 2024. The parties

19 request that the Court vacate the status conference and set this matter for a change of plea on October 9,

20 2024.

21

22

23            **STIPULATION AND [PROPOSED] ORDER**

24

25     **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

26 attorneys, that the status conference currently set for September 11, 2024 be vacated and a change of plea

27 hearing set on October 9, 2024. Time shall be excluded from September 11, 2024 to October 9, 2024 under

28 the Speedy Trial Act for defense preparation and continuity of counsel, and the Court's consideration of a

                                       1

plea agreement. The Court finds that the ends of justice outweigh the interest of the defendant and the public

in a speedy trial.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATED: September 6, 2024                    By:     /s/ *Stephanie Stokman*
                                                    Stephanie Stokman
                                                    Assistant United States Attorney


DATED: September 6, 2024                    By:     /s/ Christina Corcoran
                                                    Christina Corcoran
                                                    Attorney for Daniel Sossamon


**ORDER**

IT IS SO ORDERED that the status conference set for September 11, 2024, is vacated. A change

of plea hearing is set for **October 9, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.


Dated:    **September 9, 2024**                 /s/ *Barbara A. McAuliffe*
                                               UNITED STATES MAGISTRATE JUDGE