| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
|   | Federal Defender |
| 2 | CHRISTINA M. CORCORAN, CA Bar #344683 |
|   | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
|   | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
|   | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorneys for Defendant
DANIEL SOSSAMON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00121-NODJ-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING; AND ORDER** |
| vs. | |
| DANIEL SOSSAMON, | Date:   February 24, 2025 |
| Defendant. | Time:   8:30 a.m. |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Stephanie Stokman, counsel for plaintiff, and Assistant Federal Defender Christina M. Corcoran, counsel for defendant Daniel Sossamon, that the Court may continue the sentencing hearing from January 21, 2025, to February 24, 2025.

This matter was previously scheduled for sentencing on January 27, 2025.  On Tuesday, January 14, 2025, the Court *sua sponte* advanced Mr. Sossamon's sentencing to January 21, 2025.  ECF Dkt. # 37.  Defense counsel is unavailable on that date.  As such, the parties request a continuance of Mr. Sossamon's sentencing hearing to Monday, February 24, 2025.  The parties further stipulate and request that the date for responding to any Presentence Investigation Report and any sentencing memorandum be continued in accordance with this stipulation and the Court's order thereon.

Respectfully submitted,

MICHELE BECKWITH
Acting United States Attorney

Date: January 14, 2025          /s/ Stephanie Stokman
                                STEPHANIE STOKMAN
                                Assistant United States Attorney
                                Attorney for Plaintiff


                                HEATHER E. WILLIAMS
                                Federal Defender


Date: January 14, 2025          /s/ Christina M. Corcoran
                                CHRISTINA M. CORCORAN
                                Assistant Federal Defender
                                Attorney for Defendant
                                DANIEL SOSSAMON

# **O R D E R**

GOOD CAUSE APPEARING, the Court hereby continues the sentencing hearing currently scheduled for January 21, 2025, to **February 24, 2025, at 8:30 a.m. before the District Court Judge**.

IT IS SO ORDERED.

Dated:   **January 15, 2025**           /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE

Daniel Sossamon – Stipulation
and Order

2